UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON LOPEZ,

                        Plaintiff,

        -against-

JOHN DOE #1, *et al.*,

                        Defendants.
------------------------------------------------------------X

**REPORT & RECOMMENDATION**
18 CV 3605 (MKB) (CLP)

**POLLAK**, United States Magistrate Judge:

      On June 20, 2018, plaintiff, proceeding *pro se*, filed a complaint identifying three John Doe defendants and seven named defendants who were employed by the New York City Department of Corrections ("DOC"). (See ECF Nos. 1, 9). After plaintiff failed to amend his Complaint pursuant to the Court's Order, the Court entered a sua sponte Report and Recommendation on July 21, 2022, recommending that if plaintiff did not contact the Court by August 22, 2022, the case should be dismissed for failure to prosecute. (ECF No. 24). Thereafter, because the plaintiff eventually contacted the Court and filed his Third Amended Complaint, the undersigned, in an Order dated December 7, 2022, withdrew the July 21, 2022 Report and Recommendation. (ECF No. 32).

      However, although plaintiff filed his Third Amended Complaint, it remained unclear whether he had properly served a copy on defendants. Thus, in that December 7, 2022 Order, the Court Ordered (1) plaintiff to file a status report by December 19, 2022, indicating whether defendants have been properly served, and (2) the New York City Law Department was to indicate by December 19, 2022 whether defendants have been served with a copy of the Third Amended Complaint. (Id.) Plaintiff did not file a status report, and on December 22, 2022, the New York City Law Department filed a status report informing the Court that, upon information

1

and belief, none of the defendants have been served with the Third Amended Complaint. (See ECF No. 33). Moreover, counsel from the New York City Law Department has been unable to get in contact with the plaintiff. (Id.)

The Court gave plaintiff one final opportunity and Ordered plaintiff to advise the Court by January 13, 2023 whether he had served any of the defendants with the Third Amended Complaint, and if so, to file proof of service on the docket by that date. (ECF No. 34). Otherwise, plaintiff was to serve defendants with a copy of the Third Amended Complaint and file proof of service on the docket by February 3, 2023. (Id.) The Court warned plaintiff that failure to comply with the Order would result in a recommendation that the action be dismissed for failure to prosecute. Plaintiff neither advised the Court by January 13, 2023 nor filed proof of service of the Third Amended Complaint.

For over six months, this case has been unable to proceed due to plaintiff's failure to prosecute, as evidenced by his failed appearance at a scheduled conferences and his failure to comply with several of the Court's Orders regarding his Third Amended Complaint. Accordingly, it is respectfully recommended that if plaintiff does not contact the Court within 30 days, or by April 12, 2023, the case should be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system, by mail, or e-mail.

**SO ORDERED.**

Dated: Brooklyn, New York
March 13, 2023

/s/ Cheryl L. Pollak
CHERYL L. POLLAK
United States Magistrate Judge
Eastern District of New York